400 A.2d 621

Lisbon Contractors, Inc. v. South Middleton Township Municipal Authority, Appellant.

Petition for Allowance of Appeal Denied April 11, 1979.

Argued December 5, 1978. Richard C. Snelbaker, for appellant; Otis W. Erisman, for appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Order affirmed.

400 A.2d 621

Madrid Robinson, Inc. v. Rhondo Slade Department Stores, Inc.

Appeal of Universal Decorators, Inc.

Argued December 5, 1978. Stephen Rodos, for appellant; No appearance entered nor brief filed for appellee, Madrid Robinson, Inc.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.